# EXHIBIT A

# Lodged Under Seal