IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>1. Marc Turi, and<br>2. Turi Defense Group,<br><br>　　　　　　Defendants. | CR-14-00191-PHX-DGC<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　Based upon the Joint Motion to Dismiss with Prejudice agreed upon by the parties, and good cause appearing;

　　　IT IS ORDERED that the above-captioned matter be dismissed with prejudice;

　　　IT IS FURTHER ORDERED that any release conditions previously imposed be immediately terminated.

　　　Dated this 4th day of October, 2016.

_____
David G. Campbell
United States District Judge

cc:AUSA/Defense/PTS/USMS